UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
|    Cathy Johnson, | * | |
|          Plaintiff | * | |
| | * | Case No. 1:08-CV-10036-PBS |
| vs. | * | |
| | * | |
|    Frederick J. Hanna & | * | |
|    Associates, PC, | * | |
|          Defendant | * | |

*******************************

### *NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE*

Pursuant to Rule 41 (a) (1) (i), the Plaintiff hereby dismisses this action with prejudice.

                                                                            Cathy Johnson
                                                                            By his Attorney,

DATED:  February 29, 2008                    /s/ Roger Stanford
                                                                            Roger Stanford, Esq.
                                                                            STANFORD & SCHALL
                                                                            100 Eighth Street
                                                                            New Bedford, MA 02740
                                                                            (5080 994-3393
                                                                            BBO#: 476600